### Smith and Howell, *against* Winthrop.

Case 1.
1 m 425
99 578

JUDGE *White* delivered the opinion of the Court.

In this case the writ issued against both defendants, and was executed on but one. No discontinuance as to the other was entered in any part of the Record, but a judgment by default was taken against both. The judgment and proceedings must be reversed back to the writ, and the cause be remanded.